UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 11-02120-WSS-13

Eric Myree Perkins

    DEBTOR

## TRUSTEE'S MOTION TO INCREASE PLAN PAYMENTS

JOHN C. MCALEER III, TRUSTEE, Trustee in this Chapter 13 proceeding, respectfully moves the Court for an order to **INCREASE** plan payments and would show as follows:

Based on the Trustee's calculation, payments need to **INCREASE** from **$115.00** per month to **$169.00** per month.

WHEREFORE, the Trustee moves the Court for an order to **INCREASE** plan payments to **$169.00** per month.

DATED: October 05, 2011      /s/ JOHN C. MCALEER III, TRUSTEE

    JOHN C. MCALEER III, TRUSTEE
    CHAPTER 13 TRUSTEE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 21 (twenty one) days of service of this motion. If an objection is not filed within the time permitted, the Court will assume that you do not oppose the granting of the motion, will consider the motion without a hearing, or may grant the relief requested in this motion. If an objection to this motion is timely filed, this Court will hold a hearing in Courtroom 1, 201 St. Louis Street, Mobile, AL 36602 on 11/09/2011 at 10:30 am.

### CERTIFICATE OF SERVICE

I certify that on October 05, 2011, I served a copy of the above motion to the parties listed below either electronically or by U.S. mail.

| UNITED STATES BANKRUPCY CLERK | Eric Myree Perkins 5612 Racine Ave Mobile, AL 36618 | HERMAN D. PADGETT P.O. BOX 62 MOBILE, AL 36601-0062 |
|---|---|---|

/s/ JOHN C. MCALEER III, TRUSTEE

JOHN C. MCALEER III, TRUSTEE
CHAPTER 13 TRUSTEE