IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:     *
    *
**Eric Myree Perkins,**     *     Case No. **11-02120 WSS**
    *
Debtor.     *     Chapter 13

## MOTION TO MODIFY PLAN TO REDUCE PLAN PAYMENTS AND PERCENTAGE TO UNSECURED CREDITORS

COMES NOW, the Debtor in the above styled case appearing by and through the undersigned counsel and moves this Honorable Court to modify the plan. As grounds,

1. The above referenced case has been confirmed and the bar date has passed.

2. The Debtor's plan was confirmed in October 2011, with plan payments of $169.00 per month. The Debtor's disposable income on Schedule J is $115.00 per month. Debtor's original Schedules B & C reflected a potential tax refund. After final assessment by the IRS the Debtor is not eligible for a tax refund and in fact owes the IRS. Debtor has amended his schedules to delete this asset.

3. The Debtor moves the Court to reduce the plan payments back to $115.00 per month and reduce the percentage to unsecured creditors to 0% or higher.

WHEREFORE, the Debtor moves this Honorable Court to modify the plan as proposed.

Dated: 12/20/11     /S/   Lacy S. Robertson
    Lacy S. Robertson
    PADGETT & ROBERTSON
    Attorneys at Law
    4317 Downtowner Loop N
    Mobile, AL 36609
    (251) 342-0264